| Date | Pleading Number | |
|---|---|---|
| 9/24/71 | 1 | MOTION OF PLAINTIFF ABRAHAM H. ANGSTREICH (in two actions) to consolidate seven actions pending in three districts to the U.S. District Court for the Central District of California pursuant to 28 U.S.C. §1407. Memoranda in support of Motion and Affidavit of Service. |
| 9/29/71 | | HEARING ORDER- Setting for October 29, 1971, San Francisco, Calif. A-1 and through A-7, Notified Counsel and involved judges. |
| 10/6/71 | 2 | ALL DEFENDANTS (except Wagner) Motion and Brief requesting extension of time to file response to motion |
| 10/15/71 | | MINUTE ORDER vacating hearing order and denying motion as being moot inasmuch as all cases have been transferred to the C.D. California under §1404(a).  Copies to counsel judges and clerks. |

DOCKET NO. 85

## DOCKET -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### Description of Litigation

DOCKET NO. 85 -- IN RE RUSCO INDUSTRIES LITIGATION

**MOTION DENIED AS MOOT - 10/15/71**

| NO. | CAPTION | DISTRICT & D.C. NUMBER | JUDGE | TRANSFER DATE | MISC. |
|---|---|---|---|---|---|
| A-1 | Abraham H. Angstreich v. Rusco Industries, Inc., et al. *71-2542-RJK* | S.D.N.Y. 71 Civ 2866 *dism* | Ryan | | MOTION |
| A-2 | Abraham H. Angstreich v. Rusco Ind., Inc., et al. *71-2565-RJK DISMISSED* | S.D.N.Y. 71 Civ 2867 | Ryan | 3/21/72 | MOTION |
| A-3 | Bernard Mills v. Rusco Industries, Inc. et al. (*) | S.D.N.Y. 71 Civ 3243 *dism* | Ryan | (*) | MOTION |
| A-4 | Andrew Benerofe v. Jack Catain, Jr., et al. | C.D.Calif 71-1608 *LTL dism* | | | MOTION |
| A-5 | Edward Hubner, et al. v. Rusco Industries, Inc., et al. | C.D. Calif. 71-1594 *RJK dism* | | | MOTION |
| A-6 | Froma Benerofe v. Jack Catain, Jr., et al. *dism* | C.D. Calif. 71-1609 *LTL* | | | MOTION |
| A-7 | Harry Marcus, et al. v. Rusco Industries Inc., et al. (**) *71-2839-RLK dism* | N.D. ILL. 71 C 1608 | Parsons Decker | (**) | MOTION 12/9/71 §1404a |

(*) Transferred under §1404(a) to C.D. California - 9/28/71 - J. Ryan
(**) Transferred under §1404(a) to C.D. California - 9/27/71 - J. Parsons

## ATTORNEY LIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### DESCRIPTION OF LITIGATION

DOCKET NO. 85 -- IN RE RUSCO INDUSTRIES INCORPORATED LITIGATION

| No. | Plaintiff | Defendant |
|---|---|---|
| A-1 | Theodore R. Mann, Esq.<br>Mann and Ungar<br>1845 Walnut Street<br>philadelphia, Penna. 19103 | Sidney Dickstein<br>Dickstein, Shapiro & Galligan<br>745 Fifth Avenue<br>New York, New York 10022<br>   RUSCO INDUSTRIES, INC.<br>   HARRY M. RIEGELMAN, JR. |
| A-2 | Same as A-1 (Mann) | JOSEPH J. FRANKHAUSER<br>MAURICE DOLMAN |
| A-3 | Mortimer G. Levine, Esq.<br>50 Broadway<br>New York, New York 10004 | JOSEPH D. CARRABINO<br>OSCAR L. GROSSMAN<br>GERSHON MECKLER<br>PIERCE ONTHANK |
| A-4 | Stanley A. Furman, Esq.<br>Feinerman, Furman, Bloom & Klein<br>& Milberg & Weiss<br>315 South Beverly Drive<br>Beverly Hills, Calif. 90212 | JOSEPH J. PELTZ<br>FRANKLIN J. SCHROEDER<br>ANTHONY C. PAGANELLI<br>ROBERT J. FOX<br>EDWARD R. HOREJS<br>ALVIN L. COLEMAN |
| A-5 | Bruce Warner, Esq.<br>Schwartz & Alschuler<br>1880 Century Park East, Suite 1212<br>Los Angeles, Calif. 90067 | WILLIAM D. HOLMSTAD<br>DAVID A. KRAMER<br>HAROLD KLEIN<br>JACK CATAIN<br>JOSEPH J. PELTZ |
| A-6 | Same as A-4 (Furman) | MARTIN FRIEDMAN<br>G. R. JERZPG |
| A-7 | Joseph Gordon<br>105 West Adams Street<br>Chicago, Illinois | EDWARD GINSBERG<br>B. H. BARNETT<br>STANLEY YARMUTH<br>LEONARD FRUCHTMAN<br>J. A. STEWART<br>M. E. WEINER<br>WARREN K. ORNSTEIN<br><br>Mr. Frederick H. Schroeder<br>Director<br>Rusco Industries<br>1100 Glendon Avenue<br>Los Angeles, California<br><br>Mr. Donald C. Wagner<br>Director, Executive Vice-President<br>Rusco Industries<br>1100 Glendon Avenue<br>Los Angeles, California |

p. 1

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 85 -- IN RE RUSCO INDUSTRIES LITIGATION

## COMMON PARTY CHECKLIST

| NAME OF PARTY | NAMED AS PARTY IN FOLLOWING ACTIONS |
|---|---|
| RUSCO INDUSTRIES, INC. | A-1, A-2, A-3, A-4, A-5, A-6, A-7 |
| HARRY M. RIEGELMAN, JR. | A-1, A-2, A-4, A-5, A-6, A-7 |
| JOSEPH J. FRANKHAUSER | A-1, A-2, A-3, A-4, A-5, A-6, A-7 |
| MAURICE DOLMAN | A-1, A-2, A-4, A-5, A-6, A-7 |
| JOSEPH D. CARRABINO | A-1, A-2, A-4, A-5, A-6, A-7 |
| OSCAR L. GROSSMAN | A-1, A-2, A-4, A-6, A-7 |
| GERSHON MECKLER | A-1, A-2, A-4, A-5, A-6, A-7 |
| PIERCE ONTHANK | A-1, A-2, A-4, A-5, A-6 |
| JOSEPH J. PELTZ | A-1, A-2, A-4, A-5, A-6, A-7 |
| FRANKLIN J. SCHROEDER | A-7 |

p. 2

| Name | Items |
|---|---|
| ANTHONY C. PAGANELLI | A-5  A-7 |
| ROBERT J. FOX | A-5  A-7 |
| EDWARD R. HOREJS | A-5  A-7 |
| ALVIN L. COLEMAN | A-5  A-1 |
| WILLIAM D. HOLMSTAD | A-5  A-7 |
| DAVID A. KRAMER | A-5  A-7 |
| HAROLD KLEIN | A-7 |
| JACK CATAIN | A-1  A-2  A-3  A-4  A-5  A-6  A-7 |
| JOSEPH J. PELTZ | A-1 |
|  |  |
| FREDERICK A. SCHROEDER | A-1  A-2  A-4  A-5  A-6 |

p. *3*

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. _____ -- _____

## COMMON PARTY CHECKLIST

| NAME OF PARTY | NAMED AS PARTY IN FOLLOWING ACTIONS |
|---|---|
| MARTIN FRIEDMAN | A-1   A-2 |
| G* R* JERZPG | A-1   A-2 |
| EDWARD GINSBERG | A-1   A-2 |
| B. H. BARNETT | A-1   A-2 |
| STANLEY YARMUTH | A-1   A-2 |
| LEONARD FRUCHTMAN | A-1   A-2 |
| J. A. STEWART | A-1   A-2 |
| M. E. WEINER | A-1   A-3   A-4   A-6 |
| WARREN K. ORNSTEIN | A-1   A-2 |
| DONALD C. WAGNER (no) | A-1   A-2   A-3   A-4   A-6 |