DOCKET NO. 85

OCT 15 1971

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE RUSCO INDUSTRIES LITIGATION

ORDER

It appearing that all of the actions on the attached Schedule, pending in other districts, have been transferred to the Central District of California under 28 U.S.C. §1404(a);

IT IS ORDERED that the hearing order of September 29, 1971 be and the same is hereby VACATED.

IT IS FURTHER ORDERED that the motion for consolidation under 28 U.S.C. §1407 be and the same is hereby DENIED as moot.

FOR THE PANEL:

Alfred P. Murrah
Chairman

SCHEDULE A.                                              DOCKET NO. 85

### NORTHERN DISTRICT OF ILLINOIS

Harry Marcus, et al. v. Rusco Industries, Inc.,         Civil Action
  et al.                                                 No. 71 C 1608

### CENTRAL DISTRICT OF CALIFORNIA

Andrew Benerofe v. Jack Catain, Jr., et al.             Civil Action
                                                         No. 71 - 1608

Edward Hubner, et al. v. Rusco Industries, Inc.,        Civil Action No.
  et al.                                                 No. 71 - 1594

Froma Benerofe v. Jack Catain, Jr., et al.              Civil Action
                                                         No. 71 - 1609

### SOUTHERN DISTRICT OF NEW YORK

Bernard Mills v. Rusco Industries, Inc., et al.         Civil Action
                                                         No. 71 Civ. 3243

Abraham H. Angstreich v. Rusco Industries, Inc.,        Civil Action
  et al.                                                 No. 71 Civ. 2866

Abraham H. Angstreich v. Rusco Industries, Inc.,        Civil Action
  et al.                                                 No. 71 Civ. 2867